[No. 65194-3-I.  Division One.  February 28, 2011.]

*In the Matter of the Marriage of* JAIMEE VETTER, *Appellant,* and NATHAN VETTER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-3-01667-7, John Curry, J. Pro Tem., entered March 5, 2010. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ.

[No. 65251-6-I.  Division One.  February 28, 2011.]

NORCON BUILDERS, LLC, *Plaintiff,* v. GMP HOMES VG, LLC, ET AL., *Defendants,* RYAN K. JOSWICK ET AL., *Appellants,* LIBERTY CAPITAL STARPOINT EQUITY FUND, LLC, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 08-2-24201-3, Julie A. Spector, J., entered March 18, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ. Now published at 161 Wn. App. 474.

[No. 39429-4-II.  Division Two.  March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES PHILIP DOUGLAS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03902-1, Bryan E. Chushcoff, Thomas Felnagle, and Ronald E. Culpepper, JJ., entered March 27, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 39538-0-II.  Division Two.  March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK DANIEL VESS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01195-0, Robert A. Lewis, J., entered June 22, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Casey, J. Pro Tem.; Quinn-Brintnall, J., concurring separately.